AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Up to $158,934.00 held in the name of Dianna Shull at TCF National Bank Account # 2857232333 | ) **11-MC-0024 BNB**<br>) Case No.<br>)<br>) |

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ Colorado _____ is subject to forfeiture to the United States of America under ___31___ U.S.C. § ___5317___ *(describe the property)*:

Up to $158,934.00 held in the name of Dianna at TCF National Bank Account # 2857232333

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Matthew Garth, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 11, 2011

_____
*Judge's signature*

City and state: Denver, Colorado

Boyd N. Boland
*Printed name and title*
US Magistrate Judge

Affidavit in Support of Application for Seizure Warrant

I, Matthew Garth, after being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with Internal Revenue Service Criminal Investigation ("IRS-CI") since March 2005. My duties and responsibilities include the investigation of possible criminal violations of the Internal Revenue Code (Title 26 United States Code) and related offenses. I received a Bachelor's of Science in Business Administration with a major in both Accounting and Finance and a Master of Accountancy with a concentration in tax from the University of Tennessee in Knoxville. I am also a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE) and attended six months of training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At FLETC, I studied criminal law, financial crimes, tax law, and enforcement operations. Over the past five years, I have conducted or assisted in the investigation of numerous suspected violations of financial fraud, criminal tax fraud, and currency and/or money laundering statutes (Titles 18, 26, and 31, United States Code). I have also participated in the execution of search warrants for financial records as part of these investigations.

2. This affidavit supports application for a seizure warrant for all monies and other things of value up to $387,501.72 contained in subject account number 9867610233 in the name of Dianna & James Shull and $158,934.00 contained in subject account number 2857232333 in the name of Dianna Shull; both accounts are located at TCF National Bank. Probable cause exists to believe that such monies are subject to seizure and forfeiture to the United States pursuant to Title 31 U.S.C. § 5317, on the grounds that they constitute property involved in, or traceable to, or identical to deposits structured to avoid currency reporting requirements, in violation of Title 31 U.S.C. § 5324(a).

Currency Transaction Reports and Structuring

3. Title 31 U.S.C. § 5313 and 31 C.F.R. Part 103 of the Bank Secrecy Act ("BSA") requires any financial institution that engages with a customer in a currency transaction (i.e. a deposit or withdrawal) in excess of $10,000.00 to report that transaction to the Internal Revenue Service on Form 104, Currency Transaction Report

1

("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are conducted by, or on behalf of, the same person, and they result in either currency received or disbursed by the financial institution totaling more than $10,000.00 during any one business day.

4. CTRs are often used by law enforcement to uncover a wide variety of illegal activities including tax evasion and money laundering. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to cause financial institutions to fail to file CTRs. The active steps are referred to as "structuring" or "smurfing" and involve making multiple cash deposits, in amounts less than $10,000.00, to multiple banks and/or branches of the same bank on the same day or consecutive days or within a few days of each other. Structuring is prohibited by Title 31 U.S.C. § 5324(a)(3).

5. In this particular situation, the government does not have any specific knowledge that the source of the structured money is from an illegal source or that the structuring occurred to conceal a tax crime.

6. Based on my training and experience, I also know that when individuals routinely make cash deposits around $9,000 within a short period of time, they often are breaking a larger amount of money into separate deposits of amounts of less than $10,000.00 to avoid triggering the filing of a CTR. When they do this, they are engaging in structuring. Based on the facts of this case, in light of my training and experience, I believe that authorized signors Dianna & James Shull did not deposit all the cash available to them into their savings account when they actually acquired the cash and Dianna Shull did not deposit all the cash available to her into her checking account when she actually acquired the cash. Rather, it appears that lump sums of cash were acquired, and then structured into the subject accounts in amounts of $10,000.00 or less so that it would not trigger the filing of a CTR.

## James & Dianna Shull Employment

7. Dianna Shull ("Shull") is the owner of a daycare that is run out of her home located at 10841 Albion Court in Thornton, CO. According to the Colorado Department of Human Services Division of Child Care Licensing System Report on file, the daycare that Shull runs has a capacity of six children. There is also one employee listed as

working for the Shull daycare but there was no withholding or income information reported to the State of Colorado on the one possible employee.

8. James Shull is a maintenance supervisor and his salary appears to be deposited directly into joint checking account number 9867610233 at TCF Bank. Aside from the job James Shull has as a maintenance supervisor and the daycare that Dianna Shull runs, there is no other known occupation or source of income for James and Dianna Shull.

9. At this time, there is no known source of the large cash deposits but it is highly unlikely that the $546,435.72 deposited in cash between January 5, 2009, and July 29, 2010, was income derived solely from James Shull's known income and a daycare that can care for a maximum of six children. In addition, during this same time period, the Shulls purchased four properties for a total of $531,601.00. All four properties were purchased outright without a loan.

10. While the Government is only seeking a seizure warrant for the amount of money it believes was structured into the Shull's accounts during the January 2009 through July 2010 time period, it has credible information which indicates that the Shulls have been structuring cash into various bank accounts since as early as 2006. Between 2006 and January 2009, the Shulls purchased an additional nine properties for a total of $1,057,925.00. All nine properties were purchased outright without a loan.

11. In support of the allegation that the Shulls were purchasing property with proceeds of structured money, the government has traced several wires from joint savings account 9867610233 located at TCF National Bank. A sampling, and not an exhaustive list, of the traced withdrawals is listed below:

- On October 1, 2008, an official bank check was purchased in the amount of $126,896.65. The memo on the check stated it was for 4950 East 110th Avenue and the check was deposited into the account of 1st Denver Title Incorporated. A public records check revealed that Dianna and James Shull purchased 4950 East 110th Avenue in Thornton, CO on October 1, 2008 for $134,000.
- On September 17, 2009, a $128,800.47 wire was sent to A1 Title & Escrow in Chattanooga, TN. A public records check revealed that Dianna and James Shull

3

purchased 4322 Katykim Lane in Ooltewah, TN on September 17, 2009 for $128,101.

- June 29, 2010, a $131,641.56 wire was sent to Heritage Title Company in Westminster, CO. A public records check revealed that Dianna and James Shull purchased 10961 Birch Drive in Denver, CO on June 30, 2010 for $142,000.

12. In sum, the large number of cash deposits, and the amounts of these deposits, in addition to the purchase of numerous homes outright with no loans is inconsistent with the Shull's known income.

## Shull Bank Accounts

13. Account 9867610233 is a joint savings account in the names of Dianna and James Shull that was opened at TCF Bank on May 16, 2005.

14. Account 2857232333 is a checking account with Dianna Shull listed as the sole owner and signatory on the account. Shull opened this account, which is also located at TCF Bank, on May 15, 2008.

15. From January 5, 2009, through July 29, 2010, cash deposits into Shull's bank accounts at TCF National Bank have been near but not over the $10,000.00 cash threshold. Between January 5, 2009, and July 29, 2010, there were a total of 132 cash deposits into TCF National Bank account numbers 9867610233 and 2857232333, for a total cash deposit of $719,150.72. Of the 132 currency deposits into account numbers 9867610233 and 2857232333, 69 deposits appear to be structured in amounts less than $10,000.01 in 9867610233 and 26 deposits appear to be structured in amounts less than $10,000.01 into account 2857232333. When combined, the 69 structured transactions totaled $387,501.72 and the 26 structured transactions totaled $158,934.00.

16. From April 7, 2006, through July 29, 2010, nine CTRs were filed for deposits into TCF Bank relating to account numbers 9867610233 and 2857232333. All of the CTRs filed are noted as "multiple transaction." A "multiple transaction" CTR usually means that more than one cash deposit has been made into the same account during the bank's business day, which when aggregated exceeded the $10,000.00 threshold. These are usually identified through the bank's computer software at the end of the day and the customer is unaware that a CTR has been filed. Making multiple deposits in

4

one day into the same account or different accounts where each deposit is under $10,000 but the total daily deposit is over $10,000 is often an attempt by the subject to cause the bank to avoid filing a CTR.

17.  It appears that Dianna Shull has consistently structured currency deposits into TCF National Bank account numbers 9867610233 and 2857232333 since at least January 2009.

18.  As demonstrated by Exhibit 1, attached to this affidavit, the pattern of deposits for Dianna Shull has been to make multiple cash deposits on the same day, on consecutive days, or within a few days of each other. This gives the appearance that more than $10,000.01 in cash was available to deposit and was held back or conducted into separate accounts in order to avoid the CTR reporting requirements. As such, these transactions constitute structuring.   A complete list of structured transactions is attached as Exhibit 1.

19.  In total, between January 5, 2009 and July 29, 2010, Dianna Shull structured $387,501.72 into bank account number 9867610233 and $158,934.00 into bank account number 2857232333; both accounts are located at TCF National Bank.

20.  As of March 31, 2011, your affiant is aware that the current balance for TCF National Bank account number 9867610233 is approximately $230,498.29 and the current balance for TCF National Bank account number 2857232333 is approximately $12,129.96.

## Conclusion

21.  Title 31, United States Code, section 5317(c)(2) provides for the civil forfeiture of any property involved in a structuring violation of Title 31, United States Code, 5324 in accordance with the procedures governing civil forfeitures pursuant to Title 18, United States Code, Section 981(b).

22.  Further, 18 U.S.C. Section 984 provides that the government need not identify the specific property involved in and offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

23.  In light of the above, there is probable cause to believe that all monies and other things of value contained in account number 9867610233 at TCF National Bank

5

up to $387,501.72 and in account number 2857232333 also at TCF National Bank up to $158,934.00 constitute property involved in or traceable to violations of Title 31 U.S.C. § 5324 and, as such, are subject to seizure and forfeiture pursuant to Title 31 U.S.C. § 5317.

24. Therefore, I request the issuance of seizure warrants based on the forfeiture provisions of Title 31 U.S.C. § 5317 pursuant to Title 18, United States Code, Section 981(b).

FURTHER THIS AFFIANT SAYETH NOT.

_____
Matthew Garth
Special Agent, IRS-CI

Subscribed and sworn before me this 11th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

6

**Exhibit 1**
**Dianna Shull**

| Date | | Branch | Teller | 9867610233 | 2857232333 | Structured Amt |
|---|---|---|---|---|---|---|
| Monday, January 05, 2009 | 9867610233 | 35 | 15413 | 5,720.00 | | |
| Tuesday, January 06, 2009 | 9867610233 | 25 | 21728 | 3,900.00 | | |
| Tuesday, January 06, 2009 | 2857232333 | 25 | | | 5,000.00 | 14,620.00 |
| Monday, February 02, 2009 | 9867610233 | 35 | 18566 | 8,400.00 | | |
| Monday, February 02, 2009 | 2857232333 | 35 | | | 5,000.00 | |
| Wednesday, February 04, 2009 | 9867610233 | 30 | | 1,050.00 | | 14,450.00 |
| Monday, February 09, 2009 | 9867610233 | 35 | 18586 | 5,000.00 | | |
| Thursday, February 12, 2009 | 9867610233 | 30 | | 1,100.00 | | |
| Thursday, February 12, 2009 | 9867610233 | 25 | | 7,900.00 | | 14,000.00 |
| Monday, February 23, 2009 | 9867610233 | 35 | | 9,000.00 | | |
| Tuesday, February 24, 2009 | 2857232333 | 27 | | | 5,500.00 | |
| Wednesday, February 25, 2009 | 9867610233 | 35 | 18566 | 7,500.00 | | |
| Thursday, February 26, 2009 | 9867610233 | 35 | 14239 | 7,400.00 | | 29,400.00 |
| Monday, March 02, 2009 | 9867610233 | 35 | | 6,400.00 | | |
| Wednesday, March 04, 2009 | 9867610233 | 25 | 16858 | 6,100.00 | | |
| Friday, March 06, 2009 | 9867610233 | 30 | 12987 | 1,025.00 | | 13,525.00 |
| Monday, March 09, 2009 | 9867610233 | 35 | | 8,000.00 | | |
| Wednesday, March 11, 2009 | 9867610233 | 35 | | 5,400.00 | | |
| Wednesday, March 11, 2009 | 9867610233 | 15 | | 1,150.00 | | |
| Thursday, March 12, 2009 | 9867610233 | 35 | | 3,500.00 | | 18,050.00 |
| Friday, May 01, 2009 | 9867610233 | 25 | 21728 | 3,100.00 | | |
| Sunday, May 03, 2009 | 9867610233 | | 14308 | 7,800.00 | | 10,900.00 |
| Tuesday, May 26, 2009 | 9867610233 | 27 | 22791 | 7,900.00 | | |
| Thursday, May 28, 2009 | 9867610233 | 25 | 20786 | 8,200.00 | | |
| Monday, June 01, 2009 | 9867610233 | 39 | 15441 | 8,200.00 | | 24,300.00 |
| Monday, June 15, 2009 | 9867610233 | 25 | | 6,100.00 | | |
| Monday, June 15, 2009 | 2857232333 | 30 | | | 1,100.00 | |
| Thursday, June 18, 2009 | 2857232333 | 35 | | | 6,500.00 | 13,700.00 |
| Monday, June 29, 2009 | 9867610233 | 35 | | 7,200.00 | | |
| Wednesday, July 01, 2009 | 9867610233 | 25 | | 6,700.00 | | 13,900.00 |
| Monday, July 13, 2009 | 9867610233 | 35 | 14239 | 3,000.00 | | |
| Monday, July 13, 2009 | 2857232333 | 35 | | | 4,000.00 | |
| Thursday, July 16, 2009 | 9867610233 | 35 | 14239 | 7,500.00 | | 14,500.00 |
| Monday, August 24, 2009 | 9867610233 | 39 | | 7,800.00 | | |
| Monday, August 24, 2009 | 2857232333 | 39 | | | 7,000.00 | 14,800.00 |
| Thursday, September 03, 2009 | 9867610233 | 14 | | 7,800.00 | | |
| Friday, September 04, 2009 | 9867610233 | 30 | | 1,100.00 | | |
| Friday, September 04, 2009 | 2857232333 | 25 | | | 8,500.00 | 17,400.00 |
| Thursday, September 17, 2009 | 9867610233 | 25 | 17963 | 8,500.00 | | |
| Monday, September 21, 2009 | 2857232333 | 25 | | | 2,600.00 | 11,100.00 |
| Thursday, October 29, 2009 | 9867610233 | 35 | | 7,500.00 | | |
| Monday, November 02, 2009 | 9867610233 | 35 | | 2,298.00 | | |
| Wednesday, November 04, 2009 | 9867610233 | 30 | | 1,100.00 | | |
| Wednesday, November 04, 2009 | 9867610233 | 15 | | 1,100.00 | | 11,998.00 |
| Saturday, November 14, 2009 | 9867610233 | 35 | 18586 | 8,205.00 | | |
| Tuesday, November 17, 2009 | 2857232333 | 27 | 30556 | | 8,000.00 | 16,205.00 |
| Monday, December 14, 2009 | 9867610233 | 35 | | 7,999.47 | | |
| Wednesday, December 16, 2009 | 9867610233 | 30 | | 1,216.25 | | |
| Friday, December 18, 2009 | 9867610233 | 35 | | 6,000.00 | | 15,215.72 |
| Sunday, March 07, 2010 | 9867610233 | 30 | 21712 | 2,150.00 | | |
| Tuesday, March 09, 2010 | 2857232333 | 35 | 11147 | | 5,300.00 | |

| Date | | Branch | Teller | 9867610233 | 2857232333 | Structured Amt |
|---|---|---|---|---|---|---|
| Wednesday, March 10, 2010 | 9867610233 | 27 | 22185 | 7,000.00 | | 14,450.00 |
| Thursday, March 18, 2010 | 9867610233 | 39 | 18598 | 8,450.00 | | |
| Friday, March 19, 2010 | 9867610233 | 39 | 12231 | 8,500.00 | | |
| Sunday, March 21, 2010 | 2857232333 | 35 | 18586 | | 6,000.00 | |
| Wednesday, March 24, 2010 | 9867610233 | 39 | 13606 | 9,000.00 | | 31,950.00 |
| Sunday, March 28, 2010 | 9867610233 | 35 | 24283 | 6,100.00 | | |
| Monday, March 29, 2010 | 9867610233 | 30 | 12987 | 9,000.00 | | |
| Tuesday, March 30, 2010 | 2857232333 | 27 | 14910 | | 9,100.00 | |
| Wednesday, March 31, 2010 | 9867610233 | 15 | 21272 | 7,500.00 | | 31,700.00 |
| Saturday, April 03, 2010 | 2857232333 | 27 | 19917 | | 5,500.00 | |
| Saturday, April 03, 2010 | 9867610233 | 27 | 19917 | 9,000.00 | | |
| Tuesday, April 06, 2010 | 9867610233 | 15 | 21272 | 1,050.00 | | |
| Wednesday, April 07, 2010 | 9867610233 | 30 | 10269 | 1,100.00 | | 16,650.00 |
| Tuesday, April 13, 2010 | 9867610233 | 35 | 22278 | 3,800.00 | | |
| Friday, April 16, 2010 | 9867610233 | 25 | 24495 | 9,000.00 | | |
| Saturday, April 17, 2010 | 2857232333 | 43 | 25375 | | 7,000.00 | 19,800.00 |
| Friday, April 23, 2010 | 9867610233 | 35 | 11147 | 6,100.00 | | |
| Saturday, April 24, 2010 | 2857232333 | 27 | 22185 | | 8,400.00 | 14,500.00 |
| Sunday, May 02, 2010 | 9867610233 | 30 | 14303 | 8,300.00 | | |
| Monday, May 03, 2010 | 9867610233 | 35 | 17598 | 1,100.00 | | |
| Wednesday, May 05, 2010 | 9867610233 | 15 | 14305 | 1,050.00 | | |
| Wednesday, May 05, 2010 | 2857232333 | 22 | 16631 | | 6,300.00 | 16,750.00 |
| Saturday, May 08, 2010 | 9867610233 | 35 | 14491 | 8,400.00 | | |
| Sunday, May 09, 2010 | 2857232333 | 39 | 12231 | | 8,300.00 | |
| Sunday, May 09, 2010 | 9867610233 | 15 | 16866 | 1,200.00 | | 17,900.00 |
| Saturday, May 15, 2010 | 9867610233 | 27 | 30487 | 8,000.00 | | |
| Sunday, May 16, 2010 | 2857232333 | 35 | 14491 | | 3,500.00 | |
| Monday, May 17, 2010 | 2857232333 | 25 | 24570 | | 4,000.00 | |
| Wednesday, May 19, 2010 | 2857232333 | 15 | 21272 | | 6,334.00 | |
| Wednesday, May 19, 2010 | 9867610233 | 22 | 31944 | 7,600.00 | | 29,434.00 |
| Tuesday, June 01, 2010 | 2857232333 | 30 | | | 7,000.00 | |
| Thursday, June 03, 2010 | 9867610233 | 30 | 14157 | 2,300.00 | | |
| Monday, June 07, 2010 | 9867610233 | | 24372 | 1,075.00 | | |
| Monday, June 07, 2010 | 9867610233 | | 14491 | 4,800.00 | | |
| Thursday, June 10, 2010 | 9867610233 | | | 6,000.00 | | 21,175.00 |
| Monday, June 14, 2010 | 9867610233 | | 28967 | 7,500.00 | | |
| Monday, June 14, 2010 | 2857232333 | 39 | 22275 | | 8,500.00 | 16,000.00 |
| Sunday, June 20, 2010 | 9867610233 | 27 | 14910 | 8,000.00 | | |
| Monday, June 21, 2010 | 2857232333 | 35 | 11147 | | 8,000.00 | |
| Wednesday, June 23, 2010 | 9867610233 | | 14305 | 7,563.00 | | |
| Thursday, June 24, 2010 | 2857232333 | 22 | 16631 | | 8,000.00 | |
| Friday, June 25, 2010 | 9684610233 | 27 | 19917 | 5,000.00 | | 36,563.00 |
| Thursday, July 29, 2010 | 9684610233 | 15 | 19953 | 7,000.00 | | |
| Thursday, July 29, 2010 | 2857232333 | 15 | | | 4,500.00 | 11,500.00 |
| | | | | 387,501.72 | 158,934.00 | **546,435.72** |

9867610233  Joint Savings Account in the name of Dianna Shull and James Shull
2857232333  Checking Account - Dianna Shull sole owner