*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

FILED
U.S. DISTRICT COURT
2011 MAY -2 PM 1:38
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK

| | Return | |
|---|---|---|
| Case No.: 11-mc-0024 | Date and time warrant executed: 4/11/11 1:29 pm | Copy of warrant and inventory left with: Donna Shull - No Inventory left |
| Inventory made in the presence of: Matthew Gerth | | |
| Inventory of the property taken and name of any person(s) seized: | | |

TCF Official check Number 402003022 in the amount of $23,559.67

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 2, 2011

_____
Executing officer's signature

Special Agent Matthew Gerth
Printed name and title

[signature: Boyd N Boland]

**BOYD N. BOLAND**
**United States Magistrate Judge**

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Up to $158,934.00 held in the name of Dianna Shull at TCF National Bank Account # 2857232333 | )<br>)<br>) Case No. 11-MC-0024-BNB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Colorado____
*(identify the person or describe the property to be searched and give its location)*:
Up to $158,934.00 held in the name of Dianna Shull at TCF National Bank Account # 2857232333

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   _April 25, 2011, at 11:00 am_
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_Boyd N. Boland_   .
   (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   _April 11, 2011, at 11:50 am_        _Boyd N. Boland_
                                                                                                                       *Judge's signature*

City and state:   _Denver, Colorado_         _Boyd N. Boland_
                                                                                           *Printed name and title*